**Order filed February 2, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00158-CR
_____

**DENNIS JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1606665**

## ORDER

Appellant's appointed counsel, Adam Banks Brown, filed a brief in which he concludes the appeal is frivolous, along with a motion to withdraw as counsel. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967). On December 27, 2022, we informed counsel that to ensure appellant's rights pursuant to *Anders* are protected, counsel had to deliver to appellant his motion to withdraw as counsel either in person or by both certified and first-class mail at appellant's last known address. *See* Tex. R. App. P. 6.5(b). Although counsel's motion certified the

motion was served on appellant by mail, it did not indicate whether the motion was served on appellant by both certified and first-class mail at appellant's last known address. Counsel was requested to provide the court with a requisite certificate regarding proper service of the motion by both certified and first-class mail at appellant's last known address within 10 days.

As of this date, no response has been filed. Accordingly, we order counsel to provide the court with the requested certificate within **10 days** of the date of this order. If counsel fails to comply with this order, his brief and motion may be stricken, and the appeal abated for appointment of new counsel.

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.